**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---

**ROBIN D. BROCCUTO,**    )
    )
      **Plaintiff,**    )
**v.**    )    **Case No.: 3:07cv782**
    )
**EXPERIAN INFORMATION SOLUTIONS,**    )
**INC., et al.**    )
    )
      **Defendants.**    )
    )
    )

---

**DEFENDANT LANE BRYANT, INC.'S MOTION TO DISMISS**
**UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Defendant Lane Bryant, Inc., which has been improperly named as a defendant in this action wherein the proper party is World Financial Network National Bank (hereinafter "WFNNB"), moves this Court pursuant to Fed. Rule Civ. Proc. 12(b)(1) to dismiss with prejudice each of the counts of the Complaint against WFNNB (Counts Seven, Eight, and Nine) because the statute of limitations applicable to the claims asserted against WFNNB in Counts Seven, Eight, and Nine has expired, depriving this court of subject matter jurisdiction over those claims.  In the alternative, WFNNB moves this Court pursuant to Fed. Rule Civ. Proc. 12(b)(6) to dismiss with prejudice Count Nine of the Complaint against WFNNB because Count Nine of the Complaint fails to state a claim against WFNNB upon which relief may be granted.

Dated:  February 25, 2008

                    LANE BRYANT, INC.

                    By: _____/s/_____
                         Counsel

John B. Mumford, Jr. (VSB No.: 38764)
Hancock, Daniel, Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Phone:  (804) 967-9604
Fax:  (804) 967-9888
jmumford@hdjn.com
*Counsel for Lane Bryant, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2008 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia  23606

David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia  23219

Mark G. Carlton
Harman Claytor Corrigan & Wellman
4951 Lake Brook Drive, Suite 100
Glen Allen, Virginia  23060-9272

John W. Montgomery, Jr.
Montgomer & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia  23230

Travis A. Sabalewski
Stacy L. Haney
Reed Smitt LLP
901 East Byrd Street, Suite 1700
Richmond, Virginia  23219-4069

_____/s/_____
John B. Mumford, Jr. (VSB No.:  38764)
Hancock, Daniel, Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Phone:  (804) 967-9604
Fax:  (804) 967-9888
jmumford@hdjn.com
*Counsel for Lane Bryant, Inc.*
