

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBIN D. BROCCUTO,

       Plaintiff

v.                                 Civil No. 3:07CV000782

EXPERIAN INFORMATION SOLUTIONS, INC,
TRANS UNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC, CAPITAL ONE BANK,
EXPRESS STORES, INC., t/a LIMITED EXPRESS,
LANE BRYANT, INC., EXPRESS STORES, INC.,
t/a WFNNB/EXPRESS STRUCTURE and
DISCOVER FINANCIAL SERVICES, LLC

       Defendants.

**DISMISSAL ORDER**

THIS DAY CAME the Plaintiff, ROBIN D. BROCCUTO and the Defendants, EXPERIAN INFORMATION SOLUTIONS, INC., ("Experian"), TRANS UNION, LLC., ("Trans Union"), CAPITAL ONE BANK, ("Capital One") and DISCOVER FINANCIAL SERVICES, LLC. ("Discover") by their respective counsel, and moved the Court to dismiss with prejudice all claims against said Defendants in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against said Defendants is hereby DISMISSED with prejudice. The case shall proceed against Defendant, WORLD FINANCIAL NETWORK NATIONAL BANK ("WFNNB") only.

Let the Clerk of the Court send copies of this Order to all counsel of record.

-2-

Entered this **2** day of **June** , 2008.

_____ /s/
JUDGE

WE ASK FOR THIS:

_____

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com

Counsel for Robin D. Broccuto

_____

David Neal Anthony, Esquire
Troutman Sanders, LLP.
Troutman Sanders Building
1001 Haxall Point
Richmond, VA 23218
Telephone:  (804) 697-5410
Facsimile:  (804) 698-5118
david.anthony@troutmansanders.com

Counsel for Experian Information Solutions, Inc.

_____

Mark Gregory Carlton, Esquire
Harman, Claytor, Corrigan & Wellman
4951 Lake Brook Drive, Suite 100
Glen Allen, VA 23060-9272
Telephone:  (804) 747-5200
Facsimile:  (804) 747-6085
mcarlton@hccw.com

Travis Aaron Sabalewski, Esquire
Reed Smith, LLP.
901 E. Byrd Street, Suite 1700
Richmond, VA 23219-4069
Telephone:  (804) 344-3400
tsabalewski@reedsmith.com

*Counsel for Capital One*

James Douglas Cuthbertson, Esquire
Miles & Stockbridge
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
Telephone:  (703) 610-8664
jcuthbertson@milesstockbridge.com

*Counsel for DFS Services LLC,
F/k/a Discover Financial Services LLC*

-3-